**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHOPPERS CHOICE SUPERMARKET, INC.,

    Plaintiff,

v.                                              Case No. 11-10998

AMERICAN EMPIRE SURPLUS LINES
INSURANCE CO.,

    Defendant.
                                                        /

**ORDER SETTING TELEPHONE CONFERENCE AND
EXTENDING DISPOSITIVE MOTION DEADLINE**

On January 19, 2012, the court held a telephone conference in this insurance-coverage dispute. During the conference, counsel for both parties indicated that they are still hoping to reach a settlement regarding Plaintiff's only remaining claim for business personal property loss. However, if settlement efforts are unsuccessful, both parties anticipate filing additional motions that would lead to a resolution of the case. Accordingly,

IT IS ORDERED that counsel for the parties shall participate in a telephone conference on **January 30, at 10:00 a.m.** The court will place the telephone call. During the conference, counsel should be prepared to report on the progress of their settlement negotiations. The court will also address Plaintiff's pending "Motion Requiring Defendant to Disburse Funds" [Dkt. # 35] at that time.

IT IS FURTHER ORDERED that the deadline for filing dispositive motions in this matter is EXTENDED to **February 14, 2012**.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 23, 2012, by electronic and/or ordinary mail.

    s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522