**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHOPPERS CHOICE SUPERMARKET, INC.,

    Plaintiff,

v.                                         Case No. 11-10998

AMERICAN EMPIRE SURPLUS LINES
INSURANCE CO.,

    Defendant.
                                          /

**ORDER SETTING TELEPHONE CONFERENCE AND
EXTENDING DISPOSITIVE MOTION DEADLINE**

On February 14, 2012, the court held a telephone conference in this matter. During the conference, and for the third time since December 21, 2011, counsel for the parties indicated that they are still working on a potential settlement of Plaintiff's claim for business personal property loss. As a result, counsel requested another—and what the court anticipates will be a final—adjournment of the telephone conference, so defense counsel may discuss Plaintiff's latest settlement offer with his client. Accordingly,

IT IS ORDERED that counsel for the parties shall participate in a telephone conference on **February 27, 2012, at 4:30 p.m.** The court will place the telephone call. During the conference, counsel should be prepared to inform the court whether a settlement can be reached and, if not, what next steps the court will need to take to resolve this dispute.

IT IS FURTHER ORDERED that the deadline for filing dispositive motions in this matter is EXTENDED to **March 9, 2012**.

      s/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: February 16, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2012, by electronic and/or ordinary mail.

      s/Lisa G. Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522